IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
AT SOUTH BEND

**SEAN ALLEN**
10488 JELLISON WAY                                    CASE NO.
WESTMINSTER, COLORADO 80021

     PLAINTIFF

                                        COMPLAINT AND JURY DEMAND

     - VS. -

THOR MOTOR COACH, INC.
C/O CT CORPORATION SYSTEM, S/A
150 WEST MARKET ST., STE 800
INDIANAPOLIS, IN 46515

     DEFENDANT

---

## PRELIMINARY STATEMENT

1.   This case involves claims asserted under the Indiana Uniform Commercial Code, the Magnuson Moss Warranty Act, and the Indiana Deceptive Consumer Sales Act, IC 24-5 et seq.

2.   Jurisdiction exists with this court because a federal claim exists in which there is more than $50,000 in controversy under 15 USC 2301 et seq, invoking 28 USC 1331, and/or the amount in controversy is more than $75,000 and is between citizens of different states, invoking 28 USC 1332.

3.   The vehicle which is the subject of this dispute was acquired by Plaintiff in Colorado and was defective when acquired; ineffective repair attempts were made upon the subject vehicle by Defendant's authorized representative dealerships in Colorado and Defendant itself in Indiana; the place where the relationship of the

parties arose is both Colorado and Indiana because the warranty obligations of Defendant were received by Plaintiffs with the purchase of the subject RV in Colorado and made by Defendant in Indiana (although Defendant never provided Plaintiff with a copy of the warranty document); the warranty repairs were controlled by Defendant from its factory in Indiana; and Defendant's Limited Warranty states that Indiana law applies.

## IDENTIFICATION OF PARTIES

4.   Sean Allen is a natural person domiciled and residing in Colorado and is a consumer and buyer within the meaning of applicable laws.

5.   Defendant, Thor Motor Coach, Inc. ("Thor"), was at all times relevant a corporation doing business in Colorado and elsewhere and is the manufacturer of the subject RV that Plaintiff acquired from Camping World RV Sales Denver in Golden, Colorado. Defendant has its principal place of business and domicile in and is a citizen and resident of Indiana. Defendant was, at all times relevant, engaged in the business of selling and servicing recreational motor vehicles through its authorized dealerships and agents, including Camping World RV Sales Denver and Camping World RV Sales Longmont, which it maintains in Colorado and elsewhere.

6.   The Plaintiff acquired the subject RV from Camping World RV Sales Denver, in Golden, Colorado. At all times relevant, Camping World RV Sales Denver was a supplier, merchant and authorized representative and agent of Thor in Colorado for sale and servicing of Thor products in Colorado. At all times relevant,

Camping World RV Sales Denver was authorized by Thor to act for it as its authorized agent and representative in Colorado in all respects related to the sale of the vehicle involved in this case and the attempted performance of warranty repair and service work upon the subject new Thor vehicle, and hundreds of other Thor products sold by Camping World. The subject RV was purchased from and presented for repair to Camping World RV Sales Denver.

7.    At all times relevant, Camping World RV Sales Longmont was a supplier, merchant and authorized representative and agent of Thor in Colorado for sale and servicing of Thor products in Colorado. At all times relevant, Camping World RV Sales Longmont was authorized by Thor to act for it as its authorized agent and representative in Colorado in all respects related to the sale of the vehicle involved in this case and the attempted performance of warranty repair and service work upon the subject new Thor vehicle, and hundreds of other Thor products sold by Camping World. Plaintiff presented the subject RV for repair to Camping World RV Sales Longmont.

8.    Upon information and belief, Plaintiff alleges that Defendant Thor and Camping World entered into a retail sales and service agreement whereby Camping World agreed to allow Thor to control its operations by contractual terms which required that:

    a.    Thor would appoint Camping World as its authorized representative and agent for sales and service of Thor RVs in Colorado;

    b.    Camping World was Thor's select authorized retail seller of Thor products in Colorado;

c.      Camping World was required by Thor to work with and coordinate with Thor to determine what product lines and stocking and sales quantity objectives would exist at Camping World and to complete a Thor Stocking and Sales Objective form agreement which would bind Camping World to meet the objectives or accept financial penalties from Thor;

d.      Camping World was required by Thor to work with Thor to meet the state regulatory requirements for Camping World and other dealers, including the provision by Thor and Camping World to jointly provide necessary documentation to show that it and any individual location was authorized to sell Thor's products;

e.      Camping World was required by Thor to allow Thor to control Camping World's available inventory of Thor products and to accept Thor's discretionary decision to allocate the Thor products that Camping World would be able to sell;

f.      Camping World agreed to comply with Thor's basic minimum inventory of new Thor recreational vehicle stock requirements or accept financial penalties from Thor;

g.      Camping World agreed to permit Thor to review the agreement with Camping World and Camping World annually;

h.      Camping World agreed to accept changes which Thor would make to the required Thor product inventory levels Camping World was required to maintain for retail sale or accept financial penalties from Thor;

i.      Camping World agreed to not sell Thor products to a retail purchaser for

export purposes or accept financial penalties from Thor;

j.      Camping World agreed to allow Thor to terminate the relationship with Camping World if Camping World did sell Thor products which the purchaser exported;

k.      Camping World agreed to accept the charge back by Thor to Camping World for any market support, sales incentives, or any further assistance programs of Thor if Camping World submitted any warranty card to Thor which contained a foreign address on it;

l.      Camping World agreed to reimburse Thor for any financial penalties or discount reversals incurred by Thor for all unauthorized exports;

m.      Camping World agreed to comply with Thor accounting practices;

n.      Camping World agreed to submit its annual financial statements to Thor;

o.      Camping World agreed to supply Thor any other reports and records which Thor might request;

p.      Camping World agreed to maintain on its premises and in its inventory of stock the Thor flooring standards as dictated by Thor or accept financial penalties from Thor;

q.      Camping World agreed to maintain and keep available a minimum of two years of records that support the payments made by Thor to Camping World for warranty repairs and recalls that Camping World performs on behalf of and for Thor;

r.      Camping World agreed to permit Thor to make at any time during regular business hours, examinations and audits and to reproduce and take copies,

of any of the accounts and records which Thor required Camping World to keep and maintain;

s.     Camping World agreed to accept the discontinuance, change, or replacement of any Thor product without notice and without choice;

t.     Camping World agreed to allow Thor to sell directly to any government or agency without exception, even if they are located within the marketing area of Camping World and even if prior sales occurred through Camping World;

u.     Camping World agreed to promote and sell and deliver to Camping World's full potential the retail sale and service of Thor products;

v.     Camping World agreed to conduct advertising of Thor products and participate in shows and exhibitions at the expense of Camping World;

w.     Camping World agreed to maintain a complete service shop and offer service to all Thor product owners;

x.     Camping World agreed to carry in stock an inventory of parts and accessories for Thor products in an amount that is in the discretion of Thor;

y.     Camping World agreed to purchase and maintain in good condition Camping World's tools and equipment including a range of non-optional tools which Thor may require Camping World to have at Camping World's expense;

z.     Camping World agreed to perform the Thor such pre-delivery service as Thor may require in relation to the retail sale by Camping World of Thor

products;

aa.    Camping World agreed to make post-delivery adjustments on Thor products sold by Camping World, along with a large quantity of other terms and conditions on and business practices of how Camping World may operate its business, and by virtue of such, Camping World is the agent and/or general agent and/or agent with implied authority and/or agent with express authority and/or agent with apparent authority; and

bb.    and in numerous other manners.

9.    As this Complaint is being filed, for at least five years Thor has engaged in substantial business activities in the State of Colorado involving millions of dollars of goods and services that have been and/or are being advertised and sold in Colorado, both by shipping into Colorado and distributing in Colorado its new motor vehicles and by its continuing substantial business of contracting with its Colorado dealers for them to perform warranty repair and service work in Colorado on Thor's behalf at Thor's authorized repair facilities located in Colorado, including but not limited to Camping World. In fact, as this Complaint is being filed, Camping World has Thor RV's which it is advertising for retail sale. In addition, upon information and belief, Camping World was paid over thousands of dollars for the warranty repairs that it performed for and with authorization by Thor last year.

10.    Presently Camping World alone has motor vehicles manufactured by Defendant on its retail lots for sale, which Defendant shipped to Camping World in Colorado for the purpose of advertising and selling the subject motor vehicle to the public

in Colorado. Defendant's continuing business activity with Camping World has been ongoing for a number of years.

11.     Defendant's internet web site lists Camping World as its authorized retail seller and servicer of Thor motor vehicles in Colorado. Camping World is an authorized Thor representative and agent in the state of Colorado where Defendant engages regularly in sales and service of products it manufactures and distributes through its local authorized retail sales and service facilities, agents and authorized representatives.

### FIRST CLAIM: BREACH OF WARRANTY AND/OR CONTRACT

12.     This case involves a defective 2020 Thor Magnitude BB35 recreational vehicle that Defendant warranted and contracted to warrant but which it was not able to repair within a reasonable number of chances or a reasonable amount of time and whose warranty and/or contract Defendant breached.

13.     The allegations of all other paragraphs and claims in this pleading are incorporated as if fully rewritten herein.

14.     This claim is for breach of warranty and/or contract by Defendant in Indiana.

15.     As a result of the above, and the allegations below, inter alia, Defendant breached its warranty and/or contract to the injury of Plaintiff and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

16.     At all times relevant, Camping World RV Sales Denver was a supplier and merchant and an authorized representative and agent of Defendant. Camping World RV Sales Denver was authorized by Defendant to act for it in all respects

related to warranty repair work performed or attempted on the subject vehicle. Plaintiffs acquired the subject RV from Camping World RV Sales Denver.

17.    At all times relevant, Camping World RV Sales Longmont was a supplier and merchant and an authorized representative and agent of Defendant. Camping World RV Sales Longmont was authorized by Defendant to act for it in all respects related to warranty repair work performed or attempted on the subject vehicle. Repair attempts upon the subject RV were by Camping World RV Sales Longmont.

18.    On or about March 21, 2020 the parties entered into a consumer transaction, in that Plaintiff agreed to acquire from Camping World RV Sales Denver, and Camping World RV Sales Denver agreed to sell to Plaintiff, under the terms of a finance agreement with U.S. Bank, N.A., and Defendant contracted and/or agreed to warrant the vehicle to be free from defects and/or that it would repair and/or replace any defect which it contracted and/or warranted against, the goods being a certain 2020 Thor Magnitude BB35 recreational vehicle believed to bear VIN # 1FDUF5GT5KDA21107, and whose total cost including financing was $236,364.00.

19.    Plaintiff acquired the vehicle in reliance on the existence of a written warranty and/or contract from Defendant and on advertising representations and/or warranties of Defendant.

20.    The purpose of Defendant's warranty was (a) to get the RV fixed within a reasonable amount of time and within a reasonable number of attempts if a defect arose, and (b) to give Plaintiff confidence in the reliability and quality of

the RV, and (c) to give Plaintiff confidence in the Defendant's representations about the subject vehicle and the vehicles defendant designed and built, and (d) to give Plaintiff confidence in Defendant itself as a responsible company that lived up to its representations, its word, and its warranties.

21.   After acquiring the vehicle, Plaintiff discovered that it did not conform to the representations of Defendant inasmuch as it developed continuing malfunctions, defects and problems and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

22.   The defects in the RV, which were substantial and existed in the materials and workmanship caused by Thor included, but are not limited to:

- Diesel Fuel Tank Not Fillable;
- DEF Tank Not Fillable;
- Large Awning Extends on Own;
- Front Cap Side Molding Torn;
- Front Cap Separating from RV;
- Rear Cap Separating from RV;
- Toilet Inoperable;
- Leveling System Does Not Work;
- Water Leak Above Driver Cab;
- Passenger Side Dual Compartment Door Will Not Close;
- Fascia Panel Next to Shower Falling Off;
- Kitchen Sink Basin Not Sealed to Counter;
- Hole in Flooring Under Dinette Table;
- Airbag light;
- Advanced Track Issue on dash;
- Water Leak Under Outside Kitchen;
- Outside Kitchen Sink Not Sealed to Counter;
- Outside Compartment Door Will Not Latch;
- Fascia Cap for Coat Closet Bowed;
- Rear Cabinet Door Strut Failed;
- Rear Bed Lift Struts Failed;
- Rear Bedroom Wall Panel Damaged;
- Hallway Ceiling Panel Damaged;

- Screws Missing Under Slide;
- Plumbing Bag Not Secure;
- Slide Seals Not Touching;
- Slide Out of Alignment;
- Slide Bounces When Moving In/Out;
- Dinette Window Will Not Close Tightly;
- Wallpaper Falling Off;
- Left Turn Signal Camera Not Consistent;
- Left Turn Signal Buzzing;
- Mobile Eye Error;
- Clear Bra on Hood Peeling;
- Bedroom Window Shade Issue ;
- Hallway Panel Damaged;
- Rear Lower Bedroom Wall Panel Gouged;
- Stiles on Both Sides of Stereo Gouged;
- Drawer Assembly Fell Apart;
- Wall Panel Next to Stereo Damaged;
- Rear Bedroom Door Will Not Latch;
- Rear Bathroom Door Molding Trim Gapped;
- Bathroom Door Fascia Too Long;
- Bathroom Door Frame Gouged;
- Bathroom Door Damaged Where Striker Contacts Door;
- Bathroom Sink Basin Not Sealed to Counter;
- TV Does Not Sit Level and Does Not Operate;
- Batten Trim Loose;
- Firefly Panel Not Flush;
- Firefly Wired Upside Down;
- Water Heater Does Not Heat Water;
- Cab Shade Bings Up When Opening and Closing;
- Slide Malfunctions;
- Screen Door Broken;
- Tow Hitch Plug Not Wired for 30 Amp;
- TV Drop Source Signal;
- Bunk TV Scratched;
- Winegard Not Programmable;
- Awning Loose;
- Loose Screws;
- Kitchen Panel Missing Clear Coat;
- Interior TV Reception Spotty;
- Inverter Inoperable;
- HDMI Cable Need Replaced;

- •     External Cable Input Does Not Fee Any TV;
- •     TV Turns Itself On;
- •     Bathroom Door Blemished;
- •     Corner Trim Piece Falls Off;
- •     Outside Shower Plumbing Backwards;
- •     Outside Sink Plumbing Backwards;
- •     Bedroom Storage Springs Failed;
- •     Rear Nightstand Walls Fell Off;
- •     Rotocast Bin Warped;
- •     Exterior Trim Caulking Failed;
- •     Vertical Cap Trim Not Caulked;
- •     Bathroom Fan Noisy;
- •     50 Amp Indicator Light Inop;
- •     Awning Leaks;
- •     Awning LED Strip Cracked; and
- •     among other defects.[1]

23.     Defendant was notified of defects and non-conformities in the vehicle and the authorized repair facility's failed repair attempts repeatedly prior to filing this case.

24.     In all respects, Plaintiff substantially if not completely performed his obligations under the RV's warranty from Thor and Thor did not perform its obligations, as set forth herein above and below.

25.     Because of the contract and/or warranty-covered defects, Plaintiff notified Defendant and/or one of its authorized servicing dealers of the numerous defects and on various dates delivered the motor coach into the possession of Defendant and/or one of its authorized servicing dealers at their cost and/or expense beginning shortly after the sale.

---

[1]The repair records are attached as Exhibit 1. However, the repair records do not completely list all defects presented for repair, and do not state the actual dates of repair. Thus, a repair summary is also included which describes the repairs and states the dates out of service for each defects. The repair summary is attached as Exhibit 2.

26.    The RV was at the factory warranty authorized repair shop Camping World RV

Sales Denver on March 13, 2020, prior to Mr. Allen's purchase, for 9 days for

repair of 32 reported defects:

- clear bra on hood peeling;
- bedroom shade retracts quickly;
- hallway panel scratched;
- rear lower bedroom panel gouged;
- stiles on both sides of stereo gouged;
- drawer assembly fell apart;
- wall panel near stereo gouged;
- rear bedroom door will not latch;
- rear bathroom door molding trim gapped;
- bathroom door fascia too long;
- bathroom door frame gouged;
- bathroom door damaged where striker contacts door;
- bathroom sink basin not sealed to counter;
- dinette shade does not slowly retract;
- hole in linoleum under dinette;
- screw embedded into kitchen linoleum;
- tv does not sit level;
- batten trim loose;
- firefly panel not flush;
- fascia cap for coat closet bowed;
- leveling system times out and pops breaker;
- front cap side molding sealant torn;
- passenger side dual compartment door will not close;
- water leak under outside kitchen;
- outside kitchen sink not sealed to counter;
- outside compartment door will not latch;
- rear cabinet door strut failed;
- rear bed lift struts failed;
- rear bedroom wall panel damaged;
- bedroom stereo end caps gouged; and
- hallway ceiling panel damaged.

27.    On March 29, 2020 the RV was taken to the factory warranty authorized repair

shop Camping World RV Sales Denver, then transferred to Camping World RV

Sales Longmont by Thor, for 54 days for repair of 40 reported defects:

- Left turn signal has a buzzing noise coming from Mobile eye;

- Outside kitchen sink hot water does not work;
- Front Cap side molding has torn sealant and is pulling away from coach;
- Awning for slide is removing from coach rear;
- Black tank had lag bolt fall out of it;
- Toilet has trouble flushing. Possible engineering issue with the angle of the tube. Other Magnitude owners are reporting Thor is swapping to a macerator toilet;
- Mobile eye has error code ER-DA;
- Clear Coat flaking off in hallway;
- Advance Trac system error and downhill assent errors on dash indicating fault code issue;
- Firefly is wired upside down. Down is up and up is down for vents etc;
- water heater does not heat water past 108. Water temps on max (125) water only lukewarm. This happens even when setting at max temp of 125;
- Front over the cab shade binds up when opening and closing at the halfway point. Lots of strain on the motor and struggles at the halfway point;
- Slide has malfunctioned on first use and it was frozen halfway out. Had to hire emergency mobile RV repair to override the system to get it to retract;
- Left turn signal camera is inconsistent when working;
- Airbag light is on indicating an airbag fault for the driver;
- Truck has water leak above driver cab see a pillar water stains in headliner (see photo below);
  Unable to fill fuel tanks with diesel fuel due to the pitch angle of the fill line. Fill lines have been cut once and still experiencing the same issue;
- Unable to fill DEF tank due to the fill lines;
- Font over the cab motorized shade binds up when opening and closing at the halfway point. Lots of strain on the motor and struggles at the halfway point;
- Front cap is starting to separate from the outside vertical seams. Screws are not affixed to anything but fiberglass. Would like a permanent fix as #8 screws are not going to hold the heavy front cap in place for long. This should be secured with rivets to make it more permanent;
- Hot water heater does not heat water past 108. Water temps on max (125) water only lukewarm. This happens even when setting at max temp of 125. Sometimes the water will get hot (if running 100% hot water only) but only for a few minutes then followed by extremely cold water for the next minute;
- Slide has always malfunctioned. The motor in the rear gets pinched and falls in half due to the top slide rail screws hitting the motor. All outside rail screw and trim screws are completely stripped out and will not tighten;
- Several screws missing under the slide on the sheet metal guides. These screw holes are also stripped out and will not keep screws engaged;
- Under the slide there are two large seals with rubber trim. The area in the rear has some kind of black bag that will protrude when the slide is out.

The rear seal also appears to be twisted as there is always a 3-5 inch gap which causes the "black bag" to protrude at all times;

- Wipe seals on each end of the slide are not touching the slides preventing them from maintaining a barrier around the slide;
- Slide is constantly out of alignment. Usually 10 In/Out attempts with slight movement on the control panel are needed in order to finally get the slide moving fully. The slide will bounce and shift (while moving in/out) as if it is straining to move and scraping items in the track underneath somewhere. The fitment is so sloppy it appears the slide is not large enough to fill the cutout in the RV correctly;
- Large window above the dinette will not close tightly and will begin flapping open/close while driving down the highway. The entire window seems as if it is going to fall out as if it's too small for the hole that was cut in the wall;
- Leveling Jacks will not extend. Lights will flash, but nothing happens when trying to level either manually or on automatically. Clicking sounds when pushing retract. Slide will move in/out while jacks are not retracted which is not supposed to happen. The slide should only function when the e brake is on and the jacks are extended;
- Wallpaper along the entire top of the slide (anterior) is falling off. Appears to be a bad glue job or water damage;
- When watching a DVD through the DVD player the front TV will drop the source connection. I have replaced both the TV and the DVD player and am still experiencing this exact issue. The HDMI cable needs to be replaced but the hole in the wall is not large enough to do this on my own. Faulty HDMI cable;
- External cable input does not feed any TV's inside or outside. Possible bad splitter or wire somewhere;
- Large TV above the cab will randomly turn itself on. This is due to a hot signal in the power line. Completely random. Sign of bad wiring job;
- Bathroom door (with hinge) has massive blemishes on the lower anterior edge of the door;
- Entire lower edge on the inside of the door is white instead of brown;
- Anterior 90 degree corner trim piece that connects the bathroom hallway wall to the master bedroom wall constantly falls off;
- Outside shower plumbing is plumbed backwards (cold/hot);
- Outside sink on exterior kitchen is plumbed backwards (cold/hot);
- Above king size bed storage area cabinet springs have failed in cabinets making it hard to load items as the door will not stay fully open. These cabinets need springs as they open upside down;
- Awning has a leak above the entry door causing water to drop in while raining. Awing LED light strip is cracked in various places along the underside of the awning. Pics below;
- Slide is constantly out of alignment. Usually 10 In/Out attempts with slight movement on the control panel are needed in order to finally get the

slide moving fully. The slide will bounce and shift (while moving in/out) as if it is straining to move and scraping items in the track underneath somewhere. The fitment is so sloppy it appears the slide is not large enough to fill the cutout in the RV correctly; and

- Above king size bed storage area cabinet springs have failed in cabinets making it hard to load items as the door will not stay fully open. These cabinets need springs as they open upside down.

28. On June 15, 2020 the RV was taken to the factory warranty authorized repair shop Camping World RV Sales Longmont for 9 days for repair of another 3 reported defects:

- leveling system times out and pops breaker;
- inverter inoperative; and
- toilet inoperative.

29. On September 14, 2020, Thor offered to repair all unrepaired defects under warranty at its factory, scheduled the repairs, and promised Plaintiff that the repairs would only take 40 hours and no more than 2 weeks.

30. On November 11, 2020 the RV was taken to the Thor factory in Elkhart, Indiana for repair of a list of 40 reported defects:

- Left turn signal has a buzzing noise coming from Mobile eye;
- Outside kitchen sink hot water does not work;
- Front Cap side molding has torn sealant and is pulling away from coach;
- Awning for slide is removing from coach rear;
- Black tank had lag bolt fall out of it;
- Toilet has trouble flushing. Possible engineering issue with the angle of the tube? Other Magnitude owners are reporting Thor is swapping to a macerator toilet;
- Mobile eye has error code ER-DA;
- Clear Coat flaking off in hallway;
- Advance Trac system error and downhill assent errors on dash indicating fault code issue;
- Firefly is wired upside down. Down is up and up is down for vents etc;
- Water heater does not heat water past 108. Water temps on max (125) water only lukewarm. This happens even when setting at max temp of 125;
- Front over the cab shade binds up when opening and closing at the halfway point. Lots of strain on the motor and struggles at the halfway point;

- Slide has malfunctioned on first use and it was frozen halfway out. Had to hire emergency mobile RV repair to override the system to get it to retract;
- Left turn signal camera is inconsistent when working;
- Airbag light is on indicating an airbag fault for the driver;
- Truck has water leak above driver cab see a pillar water stains in headliner (see photo below);
- Unable to fill fuel tanks with diesel fuel due to the pitch angle of the fill line. Fill lines have been cut once and still experiencing the same issue;
- Unable to fill DEF tank due to the fill lines. Something not right here;
- Front over the cab motorized shade binds up when opening and closing at the halfway point. Lots of strain on the motor and struggles at the halfway point                                                         ;
- Front cap is starting to separate from the outside vertical seams. Screws are not affixed to anything but fiberglass. Would like a permanent fix as #8 screws are not going to hold the heavy front cap in place for long. This should be secured with rivets to make it more permanent;
- Hot water heater does not heat water past 108. Water temps on max (125) water only lukewarm. This happens even when setting at max temp of 125. Sometimes the water will get hot (if running 100% hot water only) but only for a few minutes then followed by extremely cold water for the next minute;
- Slide has always malfunctioned. The motor in the rear gets pinched and falls in half due to the top slide rail screws hitting the motor. All outside rail screw and trim screws are completely stripped out and will not tighten;
- Several screws missing under the slide on the sheet metal guides. These screw holes are also stripped out and will not keep screws engaged;
- Under the slide there are two large seals with rubber trim. The area in the rear has some kind of black bag that will protrude when the slide is out. The rear seal also appears to be twisted as there is always a 3-5 inch gap which causes the "black bag" to protrude at all times;
- Wipe seals on each end of the slide are not touching the slides preventing them from maintaining a barrier around the slide;
- Slide is constantly out of alignment. Usually 10 In/Out attempts with slight movement on the control panel are needed in order to finally get the slide moving fully. The slide will bounce and shift (while moving in/out) as if it is straining to move and scraping items in the track underneath somewhere. The fitment is so sloppy it appears the slide is not large enough to fill the cutout in the RV correctly;
- Large window above the dinette will not close tightly and will begin flapping open/close while driving down the highway. The entire window seems as if it is going to fall out as if it's too small for the hole that was cut in the wall;
- Leveling Jacks will not extend. Lights will flash, but nothing happens when trying to level either manually or on automatically. Clicking sounds when pushing retract. Slide will move in/out while jacks are not retracted which

is not supposed to happen. The slide should only function when the e brake is on and the jacks are extended;

• Wallpaper along the entire top of the slide (anterior) is falling off. Appears to be a bad glue job or water damage;

• When watching a DVD through the DVD player the front TV will drop the source connection. I have replaced both the TV and the DVD player and am still experiencing this exact issue. The HDMI cable needs to be replaced but the hole in the wall is not large enough to do this on my own. Faulty HDMI cable;

• External cable input does not feed any TV's inside or outside. Possible bad splitter or wire somewhere;

• Large TV above the cab will randomly turn itself on. This is due to a hot signal in the power line. Completely random. Sign of bad wiring job;

• Bathroom door (with hinge) has massive blemishes on the lower anterior edge of the door. Entire lower edge on the inside of the door is white instead of brown;

• Anterior 90* corner trim piece that connects the bathroom hallway wall to the master bedroom wall constantly falls off;

• Outside shower plumbing is plumbed backwards (cold/hot);

• Outside sink on exterior kitchen is plumbed backwards (cold/hot);

• Above king size bed storage area cabinet springs have failed in cabinets making it hard to load items as the door will not stay fully open. These cabinets need springs as they open upside down;

• Awning has a leak above the entry door causing water to drop in while raining.

• Awing LED light strip is cracked in various places along the underside of the awning;

• Slide is constantly out of alignment. Usually 10 In/Out attempts with slight movement on the control panel are needed in order to finally get the slide moving fully. The slide will bounce and shift (while moving in/out) as if it is straining to move and scraping items in the track underneath somewhere. The fitment is so sloppy it appears the slide is not large enough to fill the cutout in the RV correctly; and

• Above king size bed storage area cabinet springs have failed in cabinets making it hard to load items as the door will not stay fully open. These cabinets need springs as they open upside down.

However, instead of taking 2 weeks for repairs as promised, the RV was at the

Thor factory for repair a total of 120 days. And, when the RV was returned to

Plaintiff following repairs, many of the defects were not fixed or not repaired

properly, and new defects had arisen.

31.     Plaintiff had numerous telephone calls and emails with Thor and its authorized dealers and/or other entities regarding the RV, its many defects and Plaintiff's requests for help with the RV, and during most if not all of these, Plaintiff was in Colorado and Defendant was in Indiana.

32.     In total, the RV was in the repair shop 4 times, out of service for more than 192 days, and accumulated more than 80 defects. And, it is still sitting unusable and unrepaired to date and Thor has refused to pay an independent repair shop of Plaintiff's choice to repair all of the remaining defects.

33.     After 4 total repair opportunities and over 150 days in the repair shop for warranty repairs, Plaintiff notified Defendant that the defects were incurable and that he wanted Defendant to pay him diminished value damages, but Defendant would not do that.

34.     In spite of Defendant's obligations, when Plaintiff complained of the inability of Defendant and its authorized warranty-repair facility to repair the vehicle, Defendant did not repair or replace or repurchase the subject vehicle.

35.     Prior to filing this case, including on January 28, 2021 and one or more other dates, Plaintiff provided notice to Defendant about its abusive and/or unfair and/or deceptive and/or unconscionable acts, practices and failures to live up to its warranty and/or contract.

36.     Instead of performing as represented, Defendant did not repair all defects in the vehicle once and for all time. In short, the defects were not repaired, Plaintiff lost all confidence in the reliability and quality of the RV, and Plaintiff lost all confidence in Thor as a company.

37.    As a result Defendant breached its express and/or implied warranties and/or contract and committed one or more abusive and/or unfair and/or deceptive and/or unconscionable acts and/or practices which are uncured.

38.    As a result, Defendant's warranty and/or contract failed of its essential purpose and any limitations contained within the warranty and/or contract are null and void and Plaintiff are entitled to all applicable legal and equitable remedies in law.

39.    In addition, any limitations contained within the warranty and/or contract are null and void and without consideration and Plaintiff are entitled to all applicable legal and equitable remedies in law.

40.    Through its advertising and otherwise, Defendant represented that the recreational vehicles it built were fit for the purpose for which they were designed, that they are safe and suitable vehicles for their intended designed use, reliably operable for private transportation and Plaintiff acquired the vehicle in reliance upon the belief that Defendant possessed a high degree of manufacturing skill and judgment.

41.    Through its advertising and otherwise, Defendant represented that the recreational vehicles which it manufactured were of merchantable quality, fit and in proper condition for the ordinary use for which such vehicles are designed and used, and Plaintiff relied on such, but the vehicle involved in this case was not, however, of merchantable quality and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

42.    The malfunctions and defects in the vehicle severely and substantially impaired

its use and/or safety and/or value to Plaintiff and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

43.    Defendant's failure to timely fix all of the vehicle's defects has caused Plaintiff to lose confidence in the reliability of the subject motor vehicle and in the ability of defendant to repair the vehicle's defects and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

44.    Plaintiff provided Defendant and/or one or more of its authorized dealers with a reasonable number of opportunities to repair the vehicle but they have each neglected, failed, refused or otherwise been unable to do so within a reasonable amount of time or a reasonable number of attempts.

45.    As a result of the above facts, Defendant breached its warranties and/or contract and/or representations with respect to the vehicle.

46.    One or more of the defects and malfunctions in the vehicle were covered under the terms of Defendant's warranties and/or contract, and Defendant failed to repair the vehicle, thereby diminishing the use and/or safety and/or value of the vehicle and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

47.    Defendant and/or one or more of its authorized dealers had notices of the breaches of the warranty and/or contract and the defective condition of the subject motor vehicle within a reasonable time.

48.    Plaintiff suffered and shall continue to suffer actual, incidental and consequential damages as a direct and proximate result of the inability or other failure of Defendant's authorized representatives to repair or replace the vehicle or refund

its price and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

## SECOND CLAIM: MAGNUSON MOSS WARRANTY ACT

49.     The allegations of all other paragraphs and claims in this pleading are incorporated as if fully rewritten herein.

50.     This claim is for breach of express and/or implied warranties and/or contract of warranties and/or defendant's violation of its obligations under the Magnuson-Moss Warranty Act, 15 U.S.C. 2301, et seq, including but not limited to its obligations to comply with its warranties and/or contract and/or to make its warranty term disclosures and its actions in full compliance with all provisions of the Warranty Act and its applicable regulations.

51.     As a result of the above, among other things, Defendant has breached its obligations under the Warranty Act and/or its applicable disclosure and/or other regulations and that was abusive and/or unfair and/or deceptive and/or unconscionable to Plaintiff.

52.     As a result of the above, among other things, Defendant breached its obligations to make its warranty term disclosures and its actions in full compliance with all provisions of the Warranty Act and the applicable Code of Federal Regulations.

53.     As a result of the above, inter alia, Defendant is in violation of the Warranty Act.

## THIRD CLAIM: UDAP LAW(S)

54.     The allegations of all other paragraphs and claims in this pleading are

incorporated as if fully rewritten herein.

55. This claim is for violation of applicable state Udap laws, being the Indiana Deceptive Consumer Sales Act, IC 24-5 et seq and/or the Colorado Statute, by Defendant.

56. As a result of the above, among other things, one or more abusive and/or unfair and/or deceptive and/or unconscionable acts, omissions, or practices were committed by Defendant and remain uncured, including but not limited to:

    1. Representing that the subject of a consumer transaction has performance, characteristics, accessories, uses, or benefits it does not have which the supplier knows or should reasonably know it does not have;

    2. Representing that the subject of a consumer transaction is of a particular standard or quality when it is not and the supplier knows or should reasonably know that it is not;

    3. Representing that the supplier is able to deliver or complete the subject of the consumer transaction within a stated period of time when the supplier knows or should reasonable know the supplier could not;

    4. Breach of express and/or implied warranties and/or contract;

    5. Violation of the Magnuson Moss Warranty Act and/or its applicable regulations;

    6. Failing to remedy defects in a warranted vehicle within a reasonable number of attempts;

    7. Failing to remedy defects in a warranted vehicle within a reasonable amount of time;

8.      Failing to honor a request to pay diminished value damages;

9.      Failing to honor a request to pay an independent repair shop of Plaintiff's choice to perform repairs;

10.     Including one or more unconscionable and/or unreasonable terms in the written warranty document(s) and/or one or more terms and/or conditions not fully and conspicuously disclosed in simple an readily understood language

11.     Stalling and/or delaying the performance of a legal obligation

12.     Representing that defects have been repaired when in fact they were not

13.     Representing the supplier is able to deliver or complete the subject of a consumer transaction within a stated period of time when the supplier knows or reasonably should know the supplier could not

14.     Soliciting a person to enter into a contract or agreement that contains terms and/or conditions that are not fully and conspicuously disclosed in simple an readily understood language, terms that are oppressively one sided or harsh and/or in which the terms unduly limit the person's remedies, and/or in which the price is unduly excessive, and there was unequal bargaining power that let the person to enter into the contract or agreement unwillingly or without knowledge of the terms of the contract or agreement

15.     Refusing to recognize the rights of buyers under the Uniform Commercial Code when the only remedy afforded by its limited warranty failed of its purpose

16.    Knowingly distributing goods for retail sale to consumers that it knows or should know are defective without disclosing such

17.    Knowingly distributing goods for retail sale to consumers that it knows or should know are likely to be defective without disclosing such

18.    Knowingly distributing goods for retail sale to consumers that it knows or should know will become defective after receipt by the retail seller and before purchase by the retail buyer without disclosing such

19.    Knowingly distributing goods for retail sale to consumers that it knows or should know are likely to become defective after receipt by the retail seller and before purchase by the retail buyer without disclosing such

20.    Knowingly distributing goods for retail sale to consumers that it knows or should know will become defective during the first year after purchase by the retail buyer without disclosing such

21.    Knowingly distributing goods for retail sale to consumers that it knows or should know are likely to become defective during the first year after purchase by the retail buyer without disclosing such

22.    Failing to make replacement of warranted defective parts available to a consumer within a reasonable time

23.    Failing to make a refund of the cost of warranted goods when it has failed to make replacement of warranted defective parts available to a consumer within a reasonable time;

24.    Failing to pay diminished value damages upon request and where both the repair remedy has failed of its essential purpose and the defects are

incurable;

25.    Failing to disclose pre-sale and/or pre-delivery service and/or repairs;

26.    Representing that the unit would be repaired by a certain time, and then not repairing the RV in the time frame specified as promised.

57.    As a result of the above, inter alia, Defendant wilfully committed one or more abusive and/or unfair and/or deceptive and/or unconscionable acts, omissions, or practices in violation of applicable state Udap law(s), before, during or after a consumer transaction between one or both Plaintiff and a supplier in relation to the 2020 Thor Magnitude BB35.

**WHEREFORE**, judgment is demanded against Defendant as deemed proper and lawful by the Court, cumulatively and/or alternatively as follows:

## PRAYER FOR RELIEF

1.    On the first claim, statutory and other damages, remedies, and relief as deemed proper and lawful by the Court, for more than $50,000 and in such amount as may be proven at trial;

2.    On the second claim, statutory and other damages, remedies, and relief as deemed proper and lawful by the Court, for each and every violation that may be proven at trial;

3.    On the third claim, damages and/or statutory/treble damages, and other damages, remedies, and relief as deemed proper and lawful by the Court, for each and every violation that may be proven at trial;

## ALTERNATIVE PRAYER FOR RELIEF

Or, in the alternative to the damages set forth in the prayer above on any appropriate claim as proven by the evidence and allowed by law, rescission and/or revocation of acceptance plus all damages and/or statutory remedies and relief as deemed proper, equitable and lawful by the Court, for each and every violation which may be proven at trial;

**Plus** on each and every claim, expenses of suit and litigation, interest from the date of acquiring the RV, and an Order finding Plaintiff to have rescinded and/or revoked acceptance, reasonable attorney fees, plus all costs, and any and all other legal and equitable relief deemed necessary and just.

Plaintiff demands trial by jury on all claims and issues.

Respectfully submitted,


/s/ Elizabeth Ahern Wells
ELIZABETH AHERN WELLS
RONALD L. BURDGE
Attorneys for Plaintiff
8250 Washington Village Drive
Dayton, OH 45458-1850
Telephone:    937.432.9500
Fax:              937.432.9503
Email:           Beth@Burdgelaw.com
                     Ron@RvLemonLaw.com


\\bl-dc\Data\data\Allen, Sean\Core Pleadings\Core Complaint Revised 061021 bw.wpd